UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re DIONDRE MARQUISE NORMAN,

      Plaintiff/Petitioner.

Case No. 2:22-mc-51450
HON. GEORGE CARAM STEEH
MAJ. JUDGE ANTHONY P. PATTI

_____/

ORDER ADOPTING REPORT AND
RECOMMENDATION (ECF No. 4) AND DISMISSING
CASE FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiff/Petitioner Diondre Marquise Norman initiated an action in this Court which he titles as a "Petition for Preemptory challenge to this Presumptive Court Jurisdiction." (ECF No. 1) This matter is before the Court on the Report and Recommendation ("R&R") (ECF No. 4) filed by the Magistrate Judge recommending that the petition be dismissed for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(c)(1), and alternatively recommending that the petition be stricken as impertinent under Fed. R. Civ. P. 12(f). Plaintiff/petitioner failed to file timely objections to the R&R.

This Court agrees with and adopts the thorough analysis conducted and recommendation made in support of dismissal by the magistrate judge. Now, therefore, for the reasons stated by the magistrate judge, the recommendation to dismiss the petition is adopted as an order of the Court.

- 2 -

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 4) is adopted by the Court.

IT IS HEREBY FURTHER ORDERED that the case is DISMISSED.

Dated:   April 27, 2023

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 27, 2023, by electronic and/or ordinary mail and also on Diondre Marquise Norman, 29155 Northwestern Hwy., Suite 656, Southfield, MI 48034.

s/Michael Lang
Deputy Clerk